DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

|  |  |
|---|---|
| In re: ) | |
| ) | |
|     **JEFFREY J. PROSSER,** ) | Bankruptcy No. 2006-30009 |
| ) | Chapter 7 |
|     Debtor. ) | |
| ) | |
| ) | |
| **STAN SPRINGEL, CHAPTER 11 TRUSTEE** ) | |
| **OF THE BANKRUPTCY ESTATE OF** ) | |
| **INNOVATIVE COMMUNICATION** ) | |
| **CORPORATION AND JAMES P.** ) | |
| **CARROLL, CHAPTER 7 TRUSTEE OF** ) | |
| **THE BANKRUPTCY ESTATE OF** ) | |
| **JEFFREY J. PROSSER,** ) | |
| ) | Civil Action No. 3:2013-0087 |
|     Plaintiffs/Appellees, ) | consolidated with |
| ) | Civil Action No. 3:2013-0010 |
|     v. ) | Civil Action No. 3:2013-0056 |
| ) | Civil Action No. 3:2013-0057 |
| **JEFFREY J. PROSSER,** ) | |
| ) | |
|     Defendant/Appellant. ) | |
| ) | |

**Attorneys:**
**Norman A. Abood, Esq.,**
Toledo, OH
**Robert F. Craig, Esq.,**
Omaha, NE
**Lawrence H. Schoenbach, Esq.,**
New York, NY
    *For Appellant*

**Yann Geron, Esq.,**
New York, NY
**Samuel H. Israel, Esq.,**
**William H. Stassen, Esq.,**
Philadelphia, PA
**Bernard C. Pattie, Esq.,**
St. Croix, U.S.V.I.
    *For Appellees*

**ORDER**

**UPON CONSIDERATION** of the Brief filed by Appellants Jeffrey J. Prosser and Dawn Prosser in Civil Action Nos. 3:13-cv-0010, 3:13-cv-0056, 3:13-cv-0057, which were consolidated with 3:13-cv-0087 (Dkt. No. 48); the Brief of Appellee, Chapter 7 Trustee in response (3:13-cv-0087, Dkt. No. 49); and Appellants' Reply Brief (3:13-cv-0087, Dkt. No. 51); and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that the Bankruptcy Court's September 18, 2012 Order which held Appellants in contempt and jointly and severally liable for damages suffered by the Chapter 7 Trustee is **AFFIRMED**; and it is further

**ORDERED** that the Bankruptcy Court's January 18, 2013 Order which directed the Prossers to pay the Trustee $528,086.07 in administrative expenses is **AFFIRMED**; and it is further

**ORDERED** that the Bankruptcy Court's May 24, 2013 Order directing the Prossers to pay the Chapter 7 Trustee $419,135.59 in damages to the Chapter 7 Estate is **AFFIRMED**; and it is further

**ORDERED** that the Bankruptcy Court's May 31, 2013 Order directing the Prossers to execute deeds of title to transfer certain real property they owned (the "Anna's Hope Property") to the Chapter 7 Estate is **REVERSED IN PART** to the extent that such execution and transfer were ordered to satisfy the amount due on the Contempt Fees Order; and it is further

**ORDERED** that the Bankruptcy Court's August 23, 2013 Order directing the Chapter 7 Trustee's execution of Quitclaim Deeds to the Anna's Hope Property and the sale of that property by the Trustee is **REVERSED IN PART** to the extent that the execution and sale were ordered to satisfy the amount due on the Contempt Fees Order; and it is further

**ORDERED** that the parties shall submit briefs on the issue of whether, in light of existing

law—including the Supreme Court's ruling in *Law v. Siegel*, 134 S. Ct. 1188 (2014)—the exempt Anna's Hope Property may be conveyed to the Chapter 7 Estate and sold to pay the Supplemental Sanctions Order under the authority provided by § 105(a) as a consequence of the Prossers being found in contempt of court; and it is further

**ORDERED** that the Prossers shall submit such briefing on or before **March 16, 2017**; and it is further

**ORDERED** that the Trustee shall file a response on or before **March 30, 2017;** and it is further

**ORDERED** that the Prossers may submit a reply on or before **April 6, 2017**; and it is further

**ORDERED** that the stay imposed by this Court (Dkt. No. 29) is **CONTINUED** until further Order of the Court.

**SO ORDERED.**

Date: February 23, 2017        _____/s/_____
                               WILMA A. LEWIS
                               Chief Judge

3